IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | 12-3117 |
| SPRINGFIELD URBAN LEAGUE, INC., ) ) | |
| Defendant. ) | |

## OPINION

This matter coming to be heard on the Motion for Default Judgment (d/e 10) of Plaintiff Travelers Casualty and Surety Company of America against Defendant Springfield Urban League, Inc., pursuant to Federal Rule of Civil Procedure 55, the Court being advised in the premises, IT IS HEREBY ORDERED:

    A.    The Motion for Default Judgment (d/e 10) is GRANTED.

    B.    Travelers Casualty and Surety Company of America has no duty or obligation, under the policy of insurance issued to Springfield Urban League, Inc., to defend, pay for, or fund in any manner a defense on behalf of Springfield Urban League, Inc. in relation to the Underlying

Lawsuits (<u>Rhonda King v. Springfield Urban League, Inc.</u>, Morgan County Case No. 2011 L 20 and <u>Michael Abrams v. Springfield Urban League</u>, United States District Court for the Central District of Illinois Case No. 12-3012) .

    C.    Travelers Casualty and Surety Company of America is not required, under the policy of insurance it issued to Springfield Urban League, Inc., to pay any sums that Springfield Urban League, Inc. becomes legally obligated to pay as a result of the facts and circumstances alleged in the Underlying Lawsuits.

    D.    Travelers Casualty and Surety Company of America is not required, under the policy of insurance it issued to Springfield Urban League, Inc., to reimburse any sums that Springfield Urban League, Inc. has paid, or will pay before determination of the coverage issues before the Court, as a result of the facts and circumstances alleged in the Underlying Lawsuits.

    E.    Travelers Casualty and Surety Company of America is not required, under the policy of insurance it issued to Springfield Urban

League, Inc., to provide coverage for any damages related to the facts and circumstances alleged in the Underlying Lawsuits.

  F. This case is CLOSED.

  IT IS SO ORDERED.

ENTER: September 6, 2012

FOR THE COURT:

            s/ Sue E. Myerscough
            SUE E. MYERSCOUGH
         UNITED STATES DISTRICT JUDGE